In the Matter of George Moeser.   Amy N. Frank v. William Carter.   (2 cases.) — Motions denied.

William H. Watson v. Provident Savings Life Assurance Society.— Motion granted, with ten dollars costs.

Doubleday, Page & Company v. Frank W. Shumacker.— Motion denied.

Emil Erber v. Gustave Schreiber.   Lena Rosenshien v. Sigmund Rubin. — Motions granted, with ten dollars costs.

Annie Davis, Appellant, v. William P. Fogarty, Respondent.— Motion to dismiss appeal denied.

Gershan Haber, Respondent, v. Frederick W. Whitridge, as Receiver of the Dry Dock, East Broadway and Battery Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Scott, JJ., dissenting on the ground that there was no evidence of defendant's negligence.)

John Felcin, Appellant, v. Society of the New York Hospital, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. No opinion.

Margaret Gombert, as Administratrix, etc., of Peter B. Gombert, Deceased, Appellant, v. Peter McKay, Respondent.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Clarke, JJ., dissenting.)

Julia Mehrle, Respondent, v. American Bridge Company of New York, Appellant.— Determination affirmed, with costs. No opinion.

William D. Tyndall, Respondent, v. Pinelawn Cemetery, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. (Clarke, J., dissenting.)

Louise Allen Collier, Respondent, v. Morning Telegraph Company, Appellant. — Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. (Patterson, P. J., and Clarke, J., dissenting.)

Robert T. Crossen, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

John T. Holmes, Respondent, v. Seaboard Portland Cement Company and Others, Appellants, Impleaded with General Finance Company and Benjamin S. Catchings, as Trustee.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Loretta M. Donohue, as Administratrix, etc., of Thomas F. Donohue, Deceased, Appellant, v. Charles Braaf, Respondent.— Judgment affirmed, with costs, on 123 Appellate Division, 552. (Laughlin, J., dissenting).

Mary Fahey, Individually, etc., v. Thomas F. Lynch.— Motion granted, with ten dollars costs.

Samuel J. Stiebel v. John Grosberg.— Motion denied on payment of ten dollars costs; in default of payment motion granted, with ten dollars costs.

Salvatore L'Asperches v. James D. Carlo.— Motion granted, with ten dollars costs.

Henry Lubbee v. Matthew Hilgert and Another.— Motion denied.